## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Bay Counties Pitcock Petroleum*
Attn:   President/CEO
P.O. Box 23684
Pleasant Hill, CA 94523


Mary E. Augustine (No. 4477)

619560v1